IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR 28 2008
Apr 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America ex rel.
Walter L. Hill B58710
_____
(Full name and prison number)
(Include name under which convicted)

PETITIONER

vs.

STATE OF ILLINOIS
STATES ATT. Richard A. Devine (Cook County)
(Warden, Superintendent, or authorized
person having custody of petitioner)

RESPONDENT, and

(Fill in the following blank only if judgment
attacked imposes a sentence to commence
in the future)

ATTORNEY GENERAL OF THE STATE OF

_____
(State where judgment entered)

**08CV2404
JUDGE DER YEGHIAYAN
MAG. JUDGE DENLOW**

Case Number of State Court Conviction:

04 C4 41169

PETITION FOR WRIT OF HABEAS CORPUS - PERSON IN STATE CUSTODY
28 Section 2254

1. Name and location of court where conviction entered: 1500 Maybrook Court Maywood, Il. 60153  COOK, COUNTY ILLINOIS

2. Date of judgment of conviction: March 26 2005

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
   Residential Burglary 1 Count

4. Sentence(s) imposed: 14 Years IDOC

5. What was your plea? (Check one)   (A) Not guilty   XXXX
                                      (B) Guilty      ( )
                                      (C) Nolo contendere ( )

If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

Revised: 7/20/05

## PART 1 – TRIAL AND DIRECT REVIEW

1. Kind of trial: (Check one):      Jury ( )      Judge only (XXX)

2. Did you testify at trial?      YES ( )      NO XXXXXX

3. Did you appeal from the conviction or the sentence imposed? YES XXXX   NO ( )

    (A) If you appealed, give the

    (1) Name of court: ILLINOIS APPEALS COURT 1st Judicial District

    (2) Result: Denied

    (3) Date of ruling: August 17 2007

    (4) Issues raised: That the state never proved that plaintiff ever entered the residence and stole missing items; that the state violated plaintiffs Due Process Rights by stating that unexplained possession is sufficient for burglary when that is erronious.    APPEAL No. 1-06-0928

    (B) If you did not appeal, explain briefly why not:
        N/A

4. Did you appeal, or seek leave to appeal, to the highest state court? YES XXXX      NO ( )

    (A) If yes, give the

    (1) Result: Denied

    (2) Date of ruling: October 19 2007

    (3) Issues raised: Exact same issues on the initial appeal and the same issues raised at trial.

    (B) If no, why not: N/A

5. Did you petition the United States Supreme Court for a writ of *certiorari*?   Yes ( )   No XXXXX

    If yes, give (A) date of petition: _____   (B) date *certiorari* was denied: _____

Revised. 7/20/05

## PART II – COLLATERAL PROCEEDINGS

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

   YES ( )   NO (X) xx

   With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

   A. Name of court: _____

   B. Date of filing: _____

   C. Issues raised: _____

   _____

   _____

   D. Did you receive an evidentiary hearing on your petition?    YES ( )   NO ( )

   E. What was the court's ruling? _____

   F. Date of court's ruling: _____

   G. Did you appeal from the ruling on your petition?    YES ( )   NO ( )

   H. (a)  If yes, (1) what was the result? _____

           (2) date of decision: _____

     (b)  If no, explain briefly why not: _____

   I. Did you appeal, or seek leave to appeal this decision to the highest state court?

   YES ( )   NO ( )

   (a)  If yes, (1) what was the result? _____

         (2) date of decision: _____

   (b)  If no, explain briefly why not: _____

Revised: 7/20/05

2. With respect to this conviction or sentence, have you filed a petition in a state court using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?   YES ( )        NO (x)

   A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

      1. Nature of proceeding            _____

      2. Date petition filed             _____

      3. Ruling on the petition          _____

      4. Date of ruling                  _____

      5. If you appealed, what was
         the ruling on appeal?           _____

      6. Date of ruling on appeal        _____

      7. If there was a further appeal,
         what was the ruling ?           _____

      8. Date of ruling on appeal        _____

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court**?   YES ( )   NO (x)

   A. If yes, give name of court, case title and case number: _____

   B. Did the court rule on your petition? If so, state

      (1) Ruling: _____

      (2) Date:   _____

4. With respect to this conviction or sentence, are there legal proceedings pending in any court, other than this petition?   YES ( )       NO (x)

   If yes, explain: _____

4

Revised: 7/20/05

## PART III – PETITIONER'S CLAIMS

1. State briefly every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one  Abuse of judicial discretion by circuit court judge Tucker for the
Supporting facts (tell your story briefly without citing cases or law):
false imprisonment deriving from the knowing and willing violation of my U.S.C. 14 Amendment Due Process Right For Convicting plaintiff even when the State did not meet it's burden of proof and convicting plaintiff of a Residential Burglary without any evidence to do so.

(B) Ground two  Walter Hill was not proven guilty beyond a reasonable doubt where the
Supporting facts  evidence of his presence near the residence Sometime before the burglary, and his possession of unexplained stolen items sometime after the burglary did not prove that Mr. Hill ever actually entered the residence and stole the missing items.

5

Revised: 7/20/05

(C) Ground three
Supporting facts: The Appeals Court is wrong to grant an appeal on the same grounds that the plaintiff based his appeal on on the date of 11-20-2006 and then deny plaintiffs appeal nine months later on 8-17-2007 stating that unexplained possession of stolen property is sufficient for a finding of guilt when that same court stated in People v. Natal, 368 Ill. App. 3d 262, 858 N.E. 2d 923, Ill. Lexis 1053, 306 Ill. Dec. 865 (2006) that unexplainded possession is not sufficient for a finding of guilt for a burglary.

(D) Ground four
Supporting facts:

2. Have all grounds raised in this petition been presented to the highest court having jurisdiction?

YES xxxxxx NO ( )

3. If you answered "NO" to question (2), state briefly what grounds were not so presented and why not:

## PART IV – REPRESENTATION

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing _____

(B) At arraignment and plea _____

(C) At trial   Craig Rosenthal   1500 Maybrook Court Maywood, Il. 60153

(D) At sentencing  Pro se at sentencing

(E) On appeal         Pamela Rubio Appellate Defender

(F) In any post-conviction proceeding _____

(G) Other (state): _____

## PART V – FUTURE SENTENCE

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )   NO (XXXX)

Name and location of the court which imposed the sentence: _____

Date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: 4-3-08
(Date)

_____
Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

*Walter L. Hill*
(Signature of petitioner)

B58710
(I.D. Number)

Box 999 Pinckneyville Il
(Address)
62274-340

7

Revised: 7/20/05