08CV2404

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief of Criminal Appeals
   Illinois Attorney General's Office
   100 W. Randolph, 12th Floor
   Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

RECEIVED MAY 01 2008
Office of the Attorney General

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0001 7313 7079

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED
MAY 12 2008 PH
May 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT