## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2404 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Walter L Hill (B-58710) vs. Devine | | |

**DOCKET ENTRY TEXT**

Respondent is given until 06/20/08 to answer, move or otherwise plead to petitioner's petition for writ of habeas corpus. In the event the respondent answers petitioner's petition, petitioner is given until 07/21/08 to file his reply in further support of his petition. Should respondent move to dismiss, petitioner is given until 07/21/08 to file his response and respondent is given until 08/04/08 to file his reply in further support of his motion to dismiss. Status hearing set for 09/04/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|

Case 1:08-cv-02404    Document 7    Filed 05/21/2008    Page 1 of 1

08C2404 Walter L Hill (B-58710) vs. Devine                                                        Page 1 of 1