**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-C-2404 |
|---|---|

United States ex rel. Walter L. Hill, Petitioner,

v.

Richard A. Devine, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondent Richard A. Devine.

| NAME (Type or print) |
|---|
| Erin M. O'Connell |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Erin M. O'Connell |

| FIRM |
|---|
| Office of the Illinois Attorney General, Criminal Appeals Division |

| STREET ADDRESS   100 W. Randolph St., 12th Floor |
|---|

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6283650 | (312) 814-1235 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2008, I electronically filed the foregoing **Attorney Appearance** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of the same, via United States Postal Service, to the following non-registered party:

    Walter L. Hill, #B58710
    Pinckneyville Correctional Center
    5835 State Route 154
    P.O. Box 999
    Pinckneyville, IL 62274.

    /s/ Erin M. O'Connell
    ERIN M. O'CONNELL, Bar No. 6283650
    Assistant Attorney General
    100 W. Randolph Street, 12th Floor
    Chicago, IL 60601-3218
    PHONE: (312) 814-1235
    FAX: (312) 814-2589
    EMAIL: eoconnell@atg.state.il.us