UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>   ex rel. WALTER L. HILL, | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| v. | )<br>) | No. 08 C 2404 |
| RICHARD A. DEVINE,<br>  States Attorney, | )<br>)<br>) | The Honorable<br>Samuel Der-Yeghiayan,<br>Judge Presiding. |
| Respondent. | ) | |

**MOTION TO SUBSTITUTE RESPONDENT**

Pursuant to Fed. R. Civ. P. 7(b)(1) and Rule 2(a) of the Rules Governing § 2254 Cases in the United States District Courts, respondent RICHARD A. DEVINE hereby moves to substitute respondent in the above-captioned matter, stating as follows:

1.   The proper respondent in an action brought pursuant to 28 U.S.C. § 2254 is "the state officer who has custody" of the petitioner.  *See* Rule 2(a) of the Rules Governing § 2254 Cases in the United States District Courts.

2.   Petitioner is incarcerated at the Pinckneyville Correctional Center, where Jay Merchant is acting warden.  Consequently, Mr. Merchant is the state officer who has custody, and thus is the proper respondent.  *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004) ("the default rule is that the proper respondent is the warden of the facility where the prisoner is being held"); *Bridges v. Chambers*,

425 F.3d 1048, 1049 (7th Cir. 2005) ("[t]he usual official authorized to release a state inmate from custody is the warden of the inmate's prison").

WHEREFORE, respondent respectfully requests that this Court terminate RICHARD A. DEVINE as respondent, and substitute JAY MERCHANT.

May 29, 2008                                    Respectfully submitted,

                                                LISA MADIGAN
                                                Attorney General of Illinois

                                    By:   /s/ Erin M. O'Connell
                                          ERIN M. O'CONNELL, Bar No. 6283650
                                          Assistant Attorney General
                                          100 W. Randolph Street, 12th Floor
                                          Chicago, IL 60601-3218
                                          PHONE: (312) 814-1235
                                          FAX: (312) 814-2589
                                          EMAIL: eoconnell@atg.state.il.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2008, I electronically filed the foregoing **Motion to Substitute Respondent** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of the same, via United States Postal Service, to the following non-registered party:

      Walter L. Hill, #B58710
      Pinckneyville Correctional Center
      5835 State Route 154
      P.O. Box 999
      Pinckneyville, IL 62274.

      /s/ Erin M. O'Connell
      ERIN M. O'CONNELL, Bar No. 6283650
      Assistant Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, IL 60601-3218
      PHONE: (312) 814-1235
      FAX: (312) 814-2589
      EMAIL: eoconnell@atg.state.il.us