UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>  ex rel. WALTER L. HILL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 2404 |
| | ) | |
| RICHARD A. DEVINE, | ) | The Honorable |
| States Attorney, | ) | Samuel Der-Yeghiayan, |
| | ) | Judge Presiding. |
| Respondent. | ) | |

## NOTICE OF MOTION

To:     Walter L. Hill, #B58710
        Pinckneyville Correctional Center
        5835 State Route 154, P.O. Box 999
        Pinckneyville, IL 62274.

On Thursday, June 5, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan, or any judge sitting in his stead, in Courtroom 1903, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's MOTION TO SUBSTITUTE RESPONDENT.

May 29, 2008                              Respectfully submitted,

                                          LISA MADIGAN
                                          Attorney General of Illinois

                          By:     /s/ Erin M. O'Connell
                                  ERIN M. O'CONNELL, Bar No. 6283650
                                  Assistant Attorney General
                                  100 W. Randolph Street, 12th Floor
                                  Chicago, IL 60601-3218
                                  PHONE: (312) 814-1235
                                  FAX: (312) 814-2589
                                  EMAIL: eoconnell@atg.state.il.us