UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. WALTER L. HILL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 2404 |
| RICHARD A. DEVINE, States Attorney, | ) ) ) ) | The Honorable Samuel Der-Yeghiayan, Judge Presiding. |
| Respondent. | ) | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 7(b)(1), respondent RICHARD A. DEVINE hereby moves for a 30-day extension of time to answer or otherwise defend against petitioner's petition for writ of habeas corpus, stating as follows:

1. Assistant Attorney General Erin M. O'Connell was assigned to represent respondent in this matter on or about May 28, 2008.

2. Respondent's answer or other response to the petition is currently due on or before June 20, 2008.

3. Despite due diligence, counsel will be unable to file respondent's answer or other response by June 20, 2008. Counsel has ordered, but not yet received, all of the state court materials necessary to file an informed response to the instant petition.

4. This motion is respondent's first request for an extension of time.

5. This motion is not intended for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

6. Counsel for respondent was unable to contact the pro se petitioner to secure his agreement to this motion prior to filing, since petitioner is incarcerated.

WHEREFORE, respondent respectfully requests that this Court grant his motion for a 30-day extension of time, to and including July 21, 2008, within which to answer or otherwise defend against the petition.

May 29, 2008                                          Respectfully submitted,

                                                               LISA MADIGAN
                                                               Attorney General of Illinois

By:   /s/ Erin M. O'Connell
      ERIN M. O'CONNELL, Bar No. 6283650
      Assistant Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, IL 60601-3218
      PHONE: (312) 814-1235
      FAX: (312) 814-2589
      EMAIL: eoconnell@atg.state.il.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2008, I electronically filed the foregoing **Motion for Extension of Time**, and the accompanying **Notice of Motion**, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of the same, via United States Postal Service, to the following non-registered party:

      Walter L. Hill, #B58710
      Pinckneyville Correctional Center
      5835 State Route 154
      P.O. Box 999
      Pinckneyville, IL 62274.

    /s/ Erin M. O'Connell
    ERIN M. O'CONNELL, Bar No. 6283650
    Assistant Attorney General
    100 W. Randolph Street, 12th Floor
    Chicago, IL 60601-3218
    PHONE: (312) 814-1235
    FAX: (312) 814-2589
    EMAIL: eoconnell@atg.state.il.us