UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. WALTER L. HILL, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 08 C 2404 |
| RICHARD A. DEVINE,<br>States Attorney, | ) <br> ) <br> ) | The Honorable<br>Samuel Der-Yeghiayan,<br>Judge Presiding. |
| Respondent. | ) | |

### NOTICE OF MOTION

To: Walter L. Hill, #B58710
Pinckneyville Correctional Center
5835 State Route 154, P.O. Box 999
Pinckneyville, IL 62274.

On Thursday, June 5, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan, or any judge sitting in his stead, in Courtroom 1903, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's MOTION FOR EXTENSION OF TIME.

May 29, 2008                                Respectfully submitted,

                                            LISA MADIGAN
                                            Attorney General of Illinois

                                    By:    /s/ Erin M. O'Connell
                                            ERIN M. O'CONNELL, Bar No. 6283650
                                            Assistant Attorney General
                                            100 W. Randolph Street, 12th Floor
                                            Chicago, IL 60601-3218
                                            PHONE: (312) 814-1235
                                            FAX: (312) 814-2589
                                            EMAIL: eoconnell@atg.state.il.us