# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2404 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Walter L Hill (B-58710) vs. Jay Merchant | | |

**DOCKET ENTRY TEXT**

Respondent Richard A. Devine's motion to substitute party [9] is granted. The Clerk of Court is directed to terminate Respondent Richard A. Devine and to substitute Jay Merchant as the named Respondent. Respondent's motion for enlargement of time [11] is granted as follows: Respondent is given until 07/21/08 to answer, move or otherwise plead to petitioner's petition for writ of habeas corpus. In the event the respondent answers petitioner's petition, petitioner is given until 08/21/08 to file his reply in further support of his petition. Should respondent move to dismiss, petitioner is given until 08/21/08 to file his response and respondent is given until 09/22/08 to file his reply in further support of his motion to dismiss. Status hearing reset to 11/25/08 at 9:00 a.m. Status hearing set for 09/04/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MW |
|---|---|---|